## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

In Re:

**RUSSELL & PEGGY BADOUR,**

Case No. 07-23074
Chapter 13

Debtor(s),

Hon. Daniel S. Opperman

_____/

## ORDER DISMISSING CHAPTER 13 CASE

Upon the Motion of a party in interest, and pursuant to 11 U.S.C. §1307:

**IT IS HEREBY ORDERED:**

1.  That this case is dismissed, but the Court retains jurisdiction to receive and pass upon the final report of the Trustee and to make such further orders with respect to fees, costs, other distribution and the discharge of the Trustee as may be necessary or proper; and

2.  That the Clerk serve notice of the dismissal of this case upon all creditors who have filed proofs of claim in this case; and

3.  That the order previously entered, requiring the Debtor(s) or another to pay over funds to the Trustee, be and it is hereby vacated; and that said persons shall no longer be required to make such payments and are hereby released from further liability with respect thereto.

Signed on December 02, 2009

```
       /s/ Daniel S. Opperman
      Daniel S. Opperman
      United States Bankruptcy Judge
```